UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

BRADLEY JAMES MROZEK,

Plaintiff,

v.

EDWARD BOLA, et al.,

Defendants.

Case No. 26-cv-02045-JSC

**ORDER OF DISMISSAL**

On March 12, 2026, Plaintiff, a state prisoner proceeding without representation by an attorney, filed this civil rights case under 42 U.S.C. § 1983 by mailing a complaint and application to proceed in forma pauperis ("IFP") to the court by regular mail. (ECF No. 1.)  On the same day, the Clerk notified Plaintiff he failed to use prison email filing procedures in violation of General Order 76, which required him to file his complaint and application to proceed in forma pauperis ("IFP") by email. (*Id.*)  The notice informed him if he did not resubmit his complaint and IFP application by email or show good cause why not within 14 days, the case would be dismissed. (*Id.*)

In addition, on the day the case was filed, the Clerk sent Plaintiff a separate notice that his IFP application was deficient because he used the wrong application form. (ECF No. 5.)  The Clerk mailed Plaintiff the correct IFP application form and instructions along with this deficiency notice, which further instructed him to present the completed application to prison officials to be scanned and emailed to the court. (*Id.*)  This deficiency notice informed Plaintiff that if he did not respond within 28 days, the case would be dismissed. (*Id.*)

Both deadlines set by the deficiency notices have passed, and the court has not received a response from Plaintiff.  As Plaintiff has not filed his complaint or IFP application according to the required email procedures, submitted the correct IFP application or paid the filing fee,

requested additional time to do so, or shown cause why not, this case is DISMISSED without prejudice.

The Clerk shall enter judgment and close the file.

**IT IS SO ORDERED.**

Dated: May 5, 2026

JACQUELINE SCOTT CORLEY
United States District Judge